UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: Ernest and Barbara Smith      )
                                      )     Case No. 10-47918
                                      )     Chapter 13
Debtors                               )

CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

$276.67 per month for 5 months, thereafter commencing January 2011, Debtors shall pay $221.87 per month for 55 months.

$_____ per month for _____ months, then $_____ per month for _____ months, then $_____ per month for _____ months.

A total of $_____ through _____, then $_____ per month for _____ months beginning with the payment due in _____, 20____.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) Debtor shall send any tax refund received during the plan to the Trustee; however, debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain from such refunds the lesser of the sum of two monthly plan payments or $600 from such tax refunds, each year, for necessities.  (2) Fifty percent of any distribution paid or payable to the debtor from debtor's pension plan or as an employee bonus.  (3) Additional lump sum(s) consisting of _____, if any, to be paid to the Trustee.

A minimum of $ 0.00     will be paid to non-priority unsecured creditors.  (Dollar amount or 100%)

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion.  Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below:**

1. **Trustee and Court Fees.** Pay Trustee a percent of all disbursements as allowed by law [and pay filing fee in the amount of $   274.00     ]

2. **Executory Contract/Lease Arrearages**. Trustee to cure pre-petition arrearage on any

executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD |
|---|---|---|

3. Pay sub-paragraphs concurrently:

   (A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR/TRUSTEE |
|---|---|---|

   (B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT | EST MONTHS REMAINING |
|---|---|---|

   (C) **Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence )** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph ___ below.

| CREDITOR NAME | MONTHLY PAYMENT |
|---|---|

   (D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

| CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR/TRUSTEE |
|---|---|---|
| **BAC Home** | **$1200.00** | **By Debtor** |

   (E) **DSO Claims in equal installments.** Pay the following pre-petition domestic support obligation arrears in full in equal monthly installments over the life of the plan, estimated as:

| CREDITOR NAME | TOTAL AMOUNT DUE | INTEREST RATE |
|---|---|---|

4. **Attorney Fees**. Pay Debtor's attorney $1250.00 in equal monthly payments over 13 months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See procedures manual for limitations on use of this paragraph]

5. Pay sub-paragraphs concurrently:

   (A) **Pre-petition arrears on secured claims paid in paragraph 3**. Pay arrearage on debt secured by liens on real property in equal monthly installments over the period and with the interest rate identified below, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
|---|---|---|---|
| **BAC Home** | **$5000.00** | **48 months** | **0%** |

    (B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with   6.31    % interest.

CREDITOR     EST BALANCE  DUE           REPAY PERIOD          TOTAL w/ INTEREST

    (C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with   6.31    % interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9(A), estimated as set forth below:

CREDITOR     BALANCE  DUE       FMV        REPAY PERIOD          TOTAL w/ INTEREST

    (D) **Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below.  If paid by Trustee, pay claim in equal monthly installments over the period and with interest as identified below.

CREDITOR     EST BALANCE   TRUSTEE/CO-DEBTOR         PERIOD          INTEREST  RATE

6.  Pay $1000.00 of debtor's attorney's fees and any additional attorney fees allowed by the Court .

7.  Pay sub-paragraphs concurrently:

    (A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below.  If paid by Trustee, pay claim in full with interest rate as identified below.

CREDITOR NAME     EST TOTAL DUE          TRUSTEE/CO-DEBTOR          INTEREST RATE

    (B) **Assigned DSO Claims**.   Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to § § 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

CREDITOR              TOTAL DUE             TOTAL AMOUNT PAID BY TRUSTEE

8. **Priority Claims.** Pay the following priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE |
|---|---|
| **Jefferson County Collector** | **$337.26** |
| **Missouri Dept. of Revenue** | **$3548.85** |

9. Pay the following sub-paragraphs concurrently:

   (A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed:$ 28,008.00   . Estimated amount available $ 0.00    . Estimated repayment in Chapter 7: $ 0.00    . Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation:  $   0.00    .

   (B) **Surrender of Collateral**. Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:

   | CREDITOR | COLLATERAL |
   |---|---|
   | **Richard Lalumandieh** | **Lot 17 Oak Woods** |

   (C) **Rejected Executory Contracts/Leases.**  Debtor rejects the following executory contract(s) with the following creditor(s).  Any balance to be paid as non-priority unsecured debt.:

   | CREDITOR | CONTRACT/LEASE |
   |---|---|

10. Other:

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328.  However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation.  Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

14. Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM.  IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE

DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR.

DATE:  7/27/2010        DEBTOR:   /s/ Ernest Smith

DATE:  7/27/2010        DEBTOR:   /s/ Barbara Smith

Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by U.S. Mail, postage prepaid, or by electronic filing, as appropriate, on this 27th day of July, 2010, addressed to the following:

Account Resolution Cor
17600 Chesterfield Airpo
Chesterfield, MO 63005

Acct Res Crp
17600 Chesterfield Airpo
Chesterfield, MO 63005

Action Revenue Recovery
2021 Hudson Lane, Ste. A
P.O. Box 4084
Monroe, LA 71211

AIMA Neurology LLC
PO Box 410290
St. Louis, MO 63141

American Capital Ent
42145 Lyndie Ln Ste 212
Temecula, CA 92591

AT&T
P.O. Box 930170
Dallas TX, 75393

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065

Cedar Hill Family Medicine
PO Box 140
Cedar Hill, MO  63016

Charter Communication
P.O. Box 9037
Addison, TX 75001

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Consumer Collection Mn
2333 Grissom Dr
Saint Louis, MO 63146

Consumer Collection Mn
2333 Grissom Dr
Saint Louis, MO 63146

Credit Management
4200 International Pwy
Carrolton, TX 75007

Dyck Oneal Inc
15301 Spectrum Dr
Addison, TX 75001

Ernst Radiology Clinic
P.O. Box 60715
St. Louis, MO 63160-0715

Esse Health
P.O. Box 23340
St. Louis, MO 63156-3340

Firstsource Fin Soluti
17600 Chesterfield Airpo
Chesterfield, MO 63005

Franklin Collection Sv
2978 W Jackson St
Tupelo, MS 38801

Gerber Ambulance
19801 Mariner Avenue
Torrance, CA 90503-1651

IRS
P.O. Box 21126
Philadelphia, PA 19114-0326

Jefferson County Collector
Collector of Revenue
P.O. Box 100
Hillsboro, MO 63050

Mca Mgmnt Co
Po Box 480
High Ridge, MO 63049

Medical Recovery Specialists, Inc.
2250 E Devon Ave. Ste. 352
Des Plaines, IL 60018-4519

Midwest Emer Assoc-Fenton
PO Box 366
Hinsdale, IL 60522

Milsap & Singer, P.C.
612 Spirit Drive
St. Louis, MO 63005

Missouri Dept. of Revenue
PO Box 1008
Jefferson City, MO. 65105-1008

Nco Fin/55
Po Box 13570
Philadelphia, PA 19101

North Jefferson County Ambulance
2820 Horrell Lane
P.O. Box 233
High Ridge, MO 63049

Osage Dental Group
421 West Osage Street
Pacific, MO 63069-1332

| | | |
|---|---|---|
| Patients First Health Care<br>901 Patients First Drive<br>Washington, MO 63090 | Petra Anguelinin, LLC<br>10010 Kennerly Road<br>St Louis, MO 63128-2106 | R.O.C. Law, Randall Oettle Company, P.C.<br>12964 Tesson Ferry, Suite B<br>St. Louis, MO 63128 |
| R.O.C. Law, Randall Oettle Company, P.C.<br>12964 Tesson Ferry, Suite B<br>St. Louis, MO 63128 | Randall Eliot Gusdorf<br>225 S. Meramec Ave.<br>Ste. 1220<br>St. Louis, MO 63105 | Regional Credit Service<br>1201 Jefferson St.<br>Suite 150<br>Washington, MO 63090 |
| Rehab Physician Billing<br>PO Box 504147<br>St. Louis, MO 63150 | Richard H. Lalumondieh<br>MLB Loan Servies<br>PO Box 2871<br>Gaithersburg, MD 20886 | South County Radioligists<br>P.O. Box 954129<br>St. Louis, MO 63195-4129 |
| SSM Medical Group<br>10777 Sunset Office Dr. Ste. 210<br>St. Louis, MO 63127 | SSM Select Rehab St. Louis LLC<br>3572 Solutions Center<br>Chicago, IL 60677 | SSM St. Clare Health Care<br>PO Box 510410<br>St. Louis, MO 63151 |
| St. Anthony's Medical Center<br>10010 Kennerly Rd.<br>St. Louis, MO 63138 | St. Joseph Hospital of Kirkwood<br>PO BOX 503788<br>St. Louis, MO 63150-3788 | St. Louis Eye Clinic, Inc<br>PO Box 840171<br>Kansas City, MO 64187-0171 |
| St. Louis Medical Professionals<br>8790 Watson Rd.<br>St. Louis, MO 63119 | The Gilroy Law Firm<br>231 S. Bemiston Ave., Ste. 800<br>St. Louis, MO 63105 | |

____/s/ Randall T. Oettle_____
Randall T. Oettle
R.O.C. Law
Randall Oettle Company, P.C.
12964 Tesson Ferry, Suite B
St. Louis, MO 63128
(314) 843-0220
(314) 843-0048